IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., | ) |
| Plaintiff, | ) Case No. 15-cv-1711 |
| v. | ) |
| LIGHT IN THE BOX LIMITED, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Oakley, Inc. ("Oakley") hereby brings the present action against Light In The Box Limited ("Defendant") and alleges as follows:

### I. INTRODUCTION

1. This is an action against Defendant for breach of a contract entered into between Oakley and Defendant on October 24, 2014.

### II. JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of 28 U.S.C. § 1332, because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and because this civil action is between a citizen of a State and a citizen of a foreign state. Plaintiff is a corporation which maintains its principal place of business in California. Defendant is a corporation incorporated in Hong Kong.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Oakley's claims occurred within the Northern District of Illinois.

1

4. This Court may properly exercise personal jurisdiction over Defendant pursuant to the Illinois Long-Arm State, 735 ILCS 5/2-209(a)(7), because Defendant made or performed a contract substantially connected with the State of Illinois. Further, this Court may properly exercise personal jurisdiction over Defendant pursuant to 735 ILCS 5/209(a)(1) and (b)(7) because Defendant transacts business within the State of Illinois.

### III. THE PARTIES

**Plaintiff**

5. Plaintiff Oakley, Inc. is a corporation organized and existing under the laws of the State of Washington, having its principal place of business at One Icon, Foothill Ranch, California 92610.

6. Plaintiff Oakley is an indirect, wholly-owned subsidiary of Luxottica Group S.p.A., a publicly traded company.

**Defendant**

7. Upon information and belief, Defendant Light In The Box Limited is a wholly owned subsidiary of LightInTheBox Holding Co., Ltd., incorporated in Hong Kong.

### IV. FACTS

**Contract Between Oakley and Light In The Box Limited**

8. On July 1, 2014, Plaintiff filed the lawsuit 1:14-cv-04995, *Oakley, Inc. v. LightInTheBox Holding Co., Ltd.*, in the United States District Court for the Northern District of Illinois (the "Lawsuit") against LightInTheBox Holding Co., Ltd. for alleged trademark infringement and counterfeiting, among other claims. Plaintiff filed a Second Amended Complaint on September 29, 2014, adding Light In The Box Limited as a party to the Lawsuit.

9. On October 24, 2014, Plaintiff and Defendant entered into a valid and binding contract to simplify the case and facilitate the withdrawal of a number of cross-pending motions (the "Agreement"). A true and correct copy of the Agreement is attached to this Complaint as **Exhibit 1**.

10. As shown in **Exhibit 1**, both Plaintiff and Defendant provided consideration for the Agreement through mutual promises and obligations as described in the Agreement.

11. As shown in **Exhibit 1**, both Plaintiff and Defendant properly executed the Agreement. Signatories for both Plaintiff and Defendant had full authority to execute the Agreement.

12. As shown in **Exhibit 1**, ███████████████████████████████████████████████████████████████████

**Defendant Benefitted from Oakley's Performance under the Contract**

13. As shown in **Exhibit 1**, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

14. As shown in **Exhibit 1**, ███████████████████████████████████████████████████████████████████████████████████████████████████████

3

██████████████████████████████████████████

████████████████████████████████████ as **Exhibit 2**.

15. As shown in **Exhibit 1**, ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██

16. Defendant benefited from Oakley's performance under the Agreement.

**Defendant's Breach of the Contract**

17. In the parties' Joint Status Report filed December 12, 2014, in the Lawsuit, Defendant notified the Court that it potentially would file a motion requesting that the Court stay the Lawsuit and compel arbitration. *Oakley, Inc. v. LightInTheBox Holding Co., Ltd.*, No. 1:14-cv-04995 (N.D. Ill. filed July 1, 2014) (Docket No. 44).

18. ████████████████████████████████

████████████████████████████████████████

*See* **Exhibit 2**.

19. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

4

20. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████

## COUNT I
## BREACH OF CONTRACT

21. Oakley hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 20.

22. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████

23. The Agreement is a valid and enforceable contract.

24. Oakley performed all of its obligations under the Agreement.

25. ████████████████████████████████████████
████████████████████████

26. As a result of Defendant's breach of the Agreement, Oakley has suffered damages.

## PRAYER FOR RELIEF

WHEREFORE, Oakley prays for judgment against Defendant as follows:

1) That Defendant be preliminarily and permanently enjoined from breaching the Agreement between Oakley and Defendant;

2) That damages be awarded in Oakley's favor and against Defendant in an amount exceeding $100,000.00;

3) That Oakley be awarded its attorney fees and costs; and

4) That Oakley be awarded any and all other relief that this Court deems just and proper.

Dated this 25th day of February 2015.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net

*Counsel for Plaintiff Oakley, Inc.*